UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the _____ day of _____, Two Thousand Twenty-Three:

| | |
|---|---|
| JET EXPERTS, LLC,<br><br>        Plaintiff – Appellee,<br><br>v.<br><br>ASIAN PACIFIC AVIATION LIMITED and TVPX AIRCRAFT SOLUTIONS, INC., IN ITS CAPACITY AS OWNER TRUSTEE,<br><br>        Defendants –<br>        Counter-Claimants –<br>        Appellants. | **STIPULATION OF DISMISSAL**<br><br>Case No. 22-1046 |

The undersigned counsel for the parties stipulate that the captioned appeal is withdrawn with prejudice and without costs and without attorneys' fees pursuant to FRAP 42(b).

Dated: February 15, 2023

By: _____
Rosanne E. Felicello
**Felicello Law P.C.**
366 Madison Avenue, 3rd Fl.
New York, NY 10017

(212) 584-7806
rosanne@felicellolaw.com
*ATTORNEYS FOR PLAINTIFF-APPELLEE*
*JET EXPERTS, LLC*


By: *[signature]*

Brendan Collins
**GKG Law, P.C.**
1055 Thomas Jefferson Street NW,
  Suite 500
Washington, DC 20007
(202) 342-6793
bcollins@gkglaw.com
*ATTORNEYS FOR DEFENDANTS-*
*COUNTERCLAIMANTS-APPELLANTS*
*ASIAN PACIFIC AVIATION LIMITED AND*
*TVPX AIRCRAFT SOLUTIONS, INC.,*
*IN ITS CAPACITY AS OWNER-TRUSTEE*