UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of February two thousand twenty-three,

_____

| | |
|---|---|
| Jet Experts, LLC, | **ORDER** <br> Docket No. 22-1046 |
| Plaintiff - Appellee, | |
| v. | |
| Asian Pacific Aviation Limited, TVPX Aircraft Solutions, Inc., in its capacity as owner trustee, | |
| Defendants-Counter-Claimants-Appellants. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

